**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**CARLOS D. FOXX**                                                                                     **PETITIONER**

**V.**                                                              **CIVIL ACTION NO. 4:26-CV-0058-DMB-JMV**

**STATE OF MISSISSIPPI**                                                          **RESPONDENT**

**ORDER REQUIRING PETITIONER TO EITHER PAY THE FILING FEE
OR SUBMIT A MOTION TO PROCEED *IN FORMA PAUPERIS***

This matter comes before the Court on the *pro se* Petitioner Carlos D. Foxx's federal habeas petition filed under 28 U.S.C. § 2254. Doc. # 1. Mr. Foxx's petition is not properly filed with this Court until he has either paid the filing fee of $5.00 or submitted a complete motion to proceed *in forma pauperis* ("IFP"). It is, therefore, **ORDERED:**

(1) That the Clerk of Court is **DIRECTED** to send Petitioner the Court's standard form application to proceed IFP; and

(2) That within twenty-one (21) days from the date of this Order, Petitioner is **DIRECTED** to either pay the $5.00 filing fee with a money order or a check issued from his prison inmate account or fill out the attached application to proceed IFP, complete the authorization for release, and have the authorized officer responsible for overseeing his prison account fill out the certificate of account, and mail to the Clerk's Office.

Petitioner is warned that his failure to comply with the requirements of this Order may lead to the dismissal of his petition for failure to prosecute and for failure to comply with an order of the Court.

This, the 27th day of April, 2026.

/s/ Jane Virden
**UNITED STATES MAGISTRATE JUDGE**