**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**CARLOS D. FOXX**                                                                    **PETITIONER**

**V.**                                                                    **NO. 4:26-CV-58-DMB-JMV**

**STATE OF MISSISSIPPI**                                                                    **RESPONDENT**

## ORDER

On April 23, 2026, Carlos D. Foxx filed a pro se petition in the United States District Court for the Northern District of Mississippi seeking a writ of habeas corpus under 28 U.S.C. § 2254 based on alleged violations of his First, Fifth, Eighth, and Fourteenth Amendment rights. Doc. #1. On April 27, because Foxx had not paid the filing fee or moved to proceed in forma pauperis ("IFP"), the Court ordered Foxx to submit a complete IFP application or pay the filing fee within twenty-one days, warning Foxx that "his failure to comply with the requirements of this Order may lead to the dismissal of his petition for failure to prosecute and for failure to comply with an order of the Court." Doc. #3. On May 19, since Foxx still had not paid the filing fee or submitted the IFP application, the Court ordered Foxx to show cause within fourteen days "why this case should not be involuntarily dismissed for failure to prosecute and failure to comply with an Order of the Court as provided by Rule 41(b) of the Federal Rules of Civil Procedure." Doc. #4. Because Foxx did not respond to the show cause order, and has not paid the filing fee or submitted the IFP application, this case is **DISMISSED without prejudice** pursuant to Rule 41(b) due to Foxx's failure to prosecute his claims and his failure to comply with a court order.

**SO ORDERED**, this 3rd day of June, 2026.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**